

# THE STATE OF TEXAS
## MANDATE

TO THE 62ND DISTRICT COURT OF FRANKLIN COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 8th day of August, A.D. 2014, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

| | |
|---|---|
| Carl Storck and Vicki Storck, Appellants | No. 06-13-00066-CV |
| | Trial Court No. 10964 |
| v. | |
| Tres Lagos Property Owners Association, Inc., Appellee | |

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below. Therefore, we reverse the trial court's judgment to the extent that it finds that the that the July 2012 board of directors' election of the Tres Lagos Property Owners Association, Inc., was valid and render judgment that this election was invalid. We affirm the trial court's judgment in all other respects.

We further order that each party shall bear its own costs of appeal.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 5th day of June, A.D. 2015.

DEBRA K. AUTREY, Clerk

*Debbie Autrey*